UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DUANE ROBERSON, | Case No:  C 10-4576 SBA |
| Plaintiff, | **ORDER OF SERVICE** |
| vs. | |
| ST. ANTHONY FOUNDATION, | |
| Defendant. | |

Plaintiff, Duane Roberson ("Plaintiff"), filed the instant *pro se* employment discrimination action on October 8, 2010, along with an application to proceed in forma pauperis ("IFP").  On November 2, 2010, the Court granted Plaintiff's application to proceed IFP, but dismissed the Complaint with leave to amend.  Dkt. 9.  Plaintiff filed a First Amended Complaint on November 22, 2010, which was followed by motion to file a Second Amended Complaint on January 24, 2011.  Dkt. 10, 13, 14.[1]  Plaintiff also has requested a waiver of PACER access fees.  Dkt. 12.

Rule 15(a)(2) provides that leave to amend a complaint should be "freely given when justice so requires."  Fed.R.Civ.P. 15(a)(2); Moss v. United States Secret Serv., 572 F.3d 962, 972 (9th Cir. 2009).  Rule 15 "is to be applied with extreme liberality."  Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003).  In addition, a pleading filed by a *pro se* plaintiff must be liberally construed.  Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).  Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS the motion for leave to amend. However, Plaintiff's motion for a waiver of PACER access fees is DENIED on the ground

[1] The Court has not ordered service of the First Amended Complaint on Defendant.

that he has not persuaded the Court that such a waiver is either necessary or appropriate in this action.

Accordingly,

IT IS HEREBY ORDERED THAT:

1.     Plaintiff's motion for leave to file a Second Amended Complaint (Dkt. 13) is GRANTED.  The Second Amended Complaint (Dkt. 14) shall be deemed filed by the Clerk as of the date it was lodged with the Court.

2.     Plaintiff's motion for a waiver of PACER access fees (Dkt. 12) is DENIED.

3.     The U.S. Marshal for the Northern District of California serve, without prepayment of fees, shall serve a copy of the Second Amended Complaint and any prior pleadings, scheduling orders, attachments, plaintiff's affidavit (including, without limitation, Docket Nos. 1, 2, 3, 9, 13 and 14) and this Order upon the Defendant, **St. Anthony Foundation.**

4.     The parties shall appear for a telephonic Case Management Conference on **<u>June 29, 2011at 2:45 p.m.</u>**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

5.     The parties are directed to comply with the deadlines set forth in the Court's Order Setting Initial Case Management Conference (Dkt. 2), as modified, based on the new date for the Case Management Conference, as set forth above.

6.     This Order terminates Docket Nos. 12, 13 and 15.

IT IS SO ORDERED.

Dated:  March 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DUANE ROBERSON,

                Plaintiff,
5
    v.
6
   ST. ANTHONY FOUNDATION et al,
7
                Defendant.
8  _____/

9
                                    Case Number: CV10-04576 SBA
10
                                    **CERTIFICATE OF SERVICE**
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
13
    That on March 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17  Duane  Roberson
    1912 Ward Street
18  Berkeley,  CA 94703

19  Dated: March 16, 2011
20
                                    Richard W. Wieking, Clerk
21
                                    By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28