1
2
3
4                       UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                            OAKLAND DIVISION
7
DUANE ROBERSON,                      Case No:  C 10-4576 SBA
8
              Plaintiff,             **ORDER DENYING PLAINTIFF'S**
9                                    **MOTION FOR LEAVE TO FILE**
        vs.                          **THIRD AMENDED COMPLAINT**
10                                   **AND MOTION OF**
ST. ANTHONY FOUNDATION,              **UNREASONABLE BURDEN**
11
              Defendant.             Docket 22, 23
12

13

14         This is a pro se employment discrimination action brought by Plaintiff Duane

15   Roberson against Defendant St. Anthony Foundation.  On November 2, 2010, the Court

16   granted Plaintiff's application to proceed in forma pauperis, but dismissed the Complaint

17   with leave to amend.  Dkt. 9.  Plaintiff filed a First Amended Complaint on November 22,

18   2010, which was followed by motion to file a Second Amended Complaint on January 24,

19   2011.  Dkt. 10, 13, 14.  Plaintiff also requested a waiver of PACER access fees.  Dkt. 12.

20   On March 16, 2011, the Court granted Plaintiff's motion for leave to amend and ordered

21   the United States Marshal to effect service of the Second Amended Complaint on

22   Defendant.  Dkt. 18. In the same order, the Court denied Plaintiff's motion for a waiver of

23   PACER access fees.

24         On March 18, 2011, Plaintiff filed a one-sentence long motion for leave to file a

25   Third Amended Complaint.  Plaintiff's reason for seeking to file yet another pleading is "to

26   make some corrections to the information regarding the document layout."  Dkt. 23.

27   However, Plaintiff's motion does not comport with Civil Local Rule 7-2, which sets forth

28   the procedural requirements for noticed motions filed in this Court.  The failure to comply

with a district court's local rules constitutes grounds for summary denial of a motion.  See

Grove v. Wells Fargo Fin. Cal., Inc., 606 F.3d 577, 582 (9th Cir. 2010) (upholding district

court's denial of motion to tax costs which was not in compliance with the court's local

rules).  Although Plaintiff is representing himself in this action, he is nevertheless obligated to

follow the same rules as represented parties.  See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir.

1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by

the rules of procedure.") (per curiam); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987)

(same).  Self-representation is not an excuse for non-compliance with court rules.  See

Swimmer v. I.R.S., 811 F.2d 1343, 1344 (9th Cir. 1987) ("[i]gnorance of court rules does not

constitute excusable neglect, even if the litigant appears pro se.") (citation omitted).  In

addition, the Court notes that it recently ordered service of the Second Amended Complaint on

Defendant.  Once Defendant has been served, Plaintiff may meet and confer with Defendant or

its counsel regarding his request to file a Third Amended Complaint.

Also before the Court is Plaintiff's renewed his motion for a waiver of PACER fees.

Dkt. 22.  Plaintiff contends that his state disability insurance "[ran] out back in September

2010," and therefore, he cannot afford to pay PACER fees.  Id.  This motion also violates

the Local Rules.  Before seeking reconsideration of any pre-judgment order, a litigant must

first seek leave to file a motion for reconsideration and make the requisite showing under

Local Rule 7-9.  Plaintiff failed to follow this procedure.  In addition, the Court is not

persuaded that a waiver of PACER fees is necessary or appropriate in this case.  As a pro

per litigant, Plaintiff has been served and will continue to be served with copies of orders

issued by this Court.  Likewise, Defendant, once served, will be required to serve copies of

all of its court filings on Plaintiff.  As such, Plaintiff will have copies the documents

necessary to prosecute this case.  In addition, Plaintiff is free to review the docket at the

Clerk's Office in Oakland, San Francisco or San Jose.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a Third

Amended Complaint and Motion of Unreasonable Burden are DENIED.  This Order

terminates Docket Nos. 22 and 23.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     IT IS SO ORDERED.

Dated:  March 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


DUANE ROBERSON,

        Plaintiff,

 v.

ST. ANTHONY FOUNDATION et al,

        Defendant.
_____/

Case Number: CV10-04576 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Duane  Roberson
1912 Ward Street
Berkeley,  CA 94703

Dated: March 30, 2011

        Richard W. Wieking, Clerk

        By: LISA R CLARK, Deputy Clerk