ALICE CONWAY POWERS (SBN: 194508)
E-Mail: powers@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ST. ANTHONY FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DUANE D. ROBERSON, | CASE NO. CV 10-04576 SBA |
| Plaintiff, | [PROPOSED] ORDER ON JANUARY 3, 2012 SETTLEMENT CONFERENCE |
| v. | |
| ST. ANTHONY FOUNDATION, | |
| Defendant. | |

The parties are set to appear before Magistrate Judge James on January 3, 2012 for a Settlement Conference in this matter. Defendant St. Anthony Foundation ("St. Anthony") will appear at the Settlement Conference, but requests that the non-party indemnitor representative for St. Anthony, who is located in Orlando, Florida, be allowed to appear at the settlement conference by telephone and be available to the Court, in that fashion. The non-party indemnitor representative will be available at the toll free telephone number of 877-672-7945, ext. 8279 for the duration of the Settlement Conference. Defendant makes this request pursuant to the provisions for doing so in the Court's November 9, 2011, Notice and Order Scheduling Settlement Conference.

///

///

///

Defendant's request that the non-party indemnitor representative be allowed to attend the Settlement Conference by telephone for the purposes of authorizing settlement only is hereby

**GRANTED.**

DATED: 11-28-11, 2011

_____
Magistrate Judge Maria-Elena James

However, should the case not settle and a further settlement conference be scheduled, the non-party indemnitor representative will be required to appear in person at the further settlement conference.