1  ALICE CONWAY POWERS (SBN: 194508)
   E-Mail: powers@lbbslaw.com
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: 415.362.2580
4  Facsimile: 415.434.0882

5  Attorneys for Defendant
   ST. ANTHONY FOUNDATION
6

7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 DUANE D. ROBERSON,                    CASE NO. CV 10-04576 SBA

12              Plaintiff,               [PROPOSED] ORDER ON JANUARY 3,
                                         2012 SETTLEMENT CONFERENCE
13      v.

14 ST. ANTHONY FOUNDATION,

15              Defendant.

16

17

18         The parties are set to appear before Magistrate Judge James on January 3, 2012 for a

19 Settlement Conference in this matter. Defendant St. Anthony Foundation ("St. Anthony") will appear

20 at the Settlement Conference, but requests that the non-party indemnitor representative for St.

21 Anthony, who is located in Orlando, Florida, be allowed to appear at the settlement conference by

22 telephone and be available to the Court, in that fashion. The non-party indemnitor representative will

23 be available at the toll free telephone number of 877-672-7945, ext. 8279 for the duration of the

24 Settlement Conference. Defendant makes this request pursuant to the provisions for doing so in the

25 Court's November 9, 2011, Notice and Order Scheduling Settlement Conference.

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-9314-7662.1                                              CV 10-04576 SBA
         [PROPOSED] ORDER ON JANUARY 12, 2012 SETTLEMENT CONFERENCE

1   Defendant's request that the non-party indemnitor representative be allowed to attend the

2   Settlement Conference by telephone for the purposes of authorizing settlement only is hereby

3

4   **GRANTED.**

5

6   DATED: _11-28-11_, 2011                    _____

7                                               Magistrate Judge Maria-Elena James

8   However, should the case not settle and a further settlement conference be scheduled,

9   the non-party indemnitor representative will be required to appear in person at the further

10  settlement conference.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW