ALICE CONWAY POWERS (SBN: 194508)
E-Mail: powers@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ST. ANTHONY FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DUANE D. ROBERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ST. ANTHONY FOUNDATION,<br><br>        Defendant. | CASE NO. CV 10-04576 SBA (MEJ)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby jointly stipulate to the dismissal of this action with prejudice. Each party will bear their own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

FOR PLAINTIFF

_____     _____
Duane Roberson                                        Date
1912 Ward Street
Berkeley, CA 94703
Cell: 510-565-9044

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____     _____
Alice Conway Powers                                   Date
Attorneys for Defendant
ST. ANTHONY FOUNDATION

IT IS SO ORDERED

*/s/ Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUANE ROBERSON,

    Plaintiff,

  v.

ST. ANTHONY FOUNDATION et al,

    Defendant.

_____/

Case Number: CV10-04576 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane Roberson
1912 Ward Street
Berkeley, CA 94703

Dated: February 28, 2012

                                  Richard W. Wieking, Clerk
                                By: Lisa Clark, Deputy Clerk